**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6839**

———————

RODERICK EPPS,

                                    Plaintiff - Appellant,

        versus

B. WHEELER, Assistant Warden, Department of
Corrections; S. JONES, Sargeant, Department of
Corrections; W. ROSS, Sargeant, Department of
Corrections,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-98-1427-2)

———————

Submitted:  September 30, 1999        Decided:  October 7, 1999

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Roderick Epps, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roderick Epps appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Epps v. Wheeler, No. CA-98-1427-2 (E.D. Va. June 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2